UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-MJ-2179

IN THE MATTER OF THE SEARCH OF LG )
OPTIMUS L9 CELLULAR TELPHONE, )
SERIAL NUMBER P769AP130923 )     **ORDER**

Upon motion of the Government, the previously requested Application and Affidavit for a Search Warrant in the above-captioned matter are hereby ORDERED unsealed.

SO ORDERED, this the **26** day of **October**, 2015.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE